ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUL 23 2013
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUL 23 2013
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LEE ELIJAH, SR.,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>E. VALENZUELA, warden,<br><br>　　　　Respondent. | Case No. CV 13-04556 MWF (AN)<br><br>JUDGMENT |

　　IT IS HEREBY ADJUDGED THAT this action is summarily dismissed without prejudice for the reasons stated in the related Memorandum and Order.

DATED: July 22, 2013

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE